```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00994
   ALEXANDRA PATRICIA AGUILAR
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4021


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/20/07 and confirmed on 03/16/07.

   2.  The case was dismissed after confirmation, 12/07/2007.

   3.  The Debtor paid a total of $   7237.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS     CURRENT MORTG     4254.37           .00        4254.37
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     2239.43           .00            .00
COUNTRYWIDE HOME LOANS     SECURED           1292.45           .00        1292.45
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE      585.27           .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC    11853.41           .00        1245.00
BEST BUY BENEFICIAL        SECURED           1983.00           .00         180.00
LEATH FURNITURE            SECURED             40.00           .00          40.00
ECAST SETTLEMENT CORPORA   UNSECURED         2356.24           .00            .00
B LINE LLC                 UNSECURED         2150.99           .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
KOHLS                      UNSECURED          739.87           .00            .00
M & I MARSHALL & IISLEY    UNSECURED         6107.44           .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED          .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED          .00            .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        18109.74           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          382.40           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2633.51           .00            .00
THD CBSD                   UNSECURED        NOT FILED          .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------

WORLD FINANCIAL NETWORK    UNSECURED          321.69           .00            .00
VISTA MEDICAL CENTER       UNSECURED         1582.51           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         1191.35           .00            .00
WAUKEGAN PUBLIC LIBRARY    UNSECURED        NOT FILED          .00            .00
GE MONEY BANK              UNSECURED          970.51           .00            .00
CHASE BANK USA             UNSECURED          105.00           .00            .00
        Summary of disbursements:
```

```
                     SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22247.93           .00     36651.25           .00     58899.18
PRINCIPAL PAID       7011.82           .00           .00           .00      7011.82
INTEREST PAID             .00          .00           .00           .00           .00
TOTAL PAID           7011.82           .00           .00           .00      7011.82
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   3000.00
and was paid $    2000.00   direct and $        .00  through the plan.

The Trustee received $     225.18 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/10/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 00994 ALEXANDRA PATRICIA AGUILAR